FILED

1 Name: LAWRENCE McDavid
2 Address: 9663 Santa Monica Blvd 511
3 Beverly Hill, CA 90210
4 Phone: _____
5 Fax: _____
6 In Pro Per

2016 FEB -5 PM 4:00

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE McDavid

Plaintiff

v.

Ralphs Corp.

Defendant(s).

CASE NUMBER: SACV16-00205 DOC (JCGx)

To be supplied by the Clerk of
The United States District Court

Complaint

CV-126 (09/09)  PLEADING PAGE FOR A COMPLAINT

1. On Feb 5th 2015 between 12:45 pm to 1:45 pm plaintiff entered a Ralph's in the
2. city of San Juan Capistrano to make a purchase in the deli department
3. of store, as plaintiff was waiting to be called next by a Ralph deli employee
4. working behind the deli counter, serving the customer in front of plaintiff
5. Ralph's deli employee Doe #1 said to plaintiff in a loud voice, hey!! why are
6. scaring, my neighbor, plaintiff responded by saying excuse me? to which
7. Ralph deli employee responded by repeating herself again by saying why are you
8. coming around scaring my neighbor, you scaring her, she's afraid of you, to
9. which plaintiff responded, excuse me, I don't know who you are talking
10. about, to which Ralph deli employee Doe #1 responded, the woman with
11. the blonde hair, plaintiff responded what woman with blond hair, to which the
12. Ralph's deli employee Doe #1 responded the white lady with blonde, who drives
13. a white car & lives on Millpond, she my neighbor, why are you scaring
14. her, Ralph deli employee Doe #1 said she lived on Marine or Ocean St next to this
15. lady with blonde hair. At the time Ralph deli employee Doe #1 is saying this
16. in a very loud voice, there were three white women & one white gental
17. man standing around me and the deli counter, and one of the three white
18. women a Ralph's deli employee Doe #2 who happened to be standing next to
19. the Ralph's deli employee making these loud statements to plaintiff in the
20. store within ear-shot of other customers who clearly heard & were
21. standing, and staring at plaintiff in a very uncomfortable way, as the
22. Ralph's deli employee was making these loud and embarrassing state-
23. ment about plaintiff for everyone to hear, spreading information
24. about plaintiff person business that was not her to tell, while acting
25. in the scope as an employee, agent, actor, or servant of her employ-
26. ment, or while working on the clock in the scope of performing her
27. duties behind Ralph deli counter between 12:45 to 1:45 while in
28. a Ralph uniform with the name of Ralph, thereby representing as a

1. employee, or agent of Ralph's, within Ralph place of business, performing
2. her job discription + dutie set forth by Ralph, as a result plaintiff has
3. suffered, the embarrassment within the community of San Juan,
4. being shunned publicly by those who use to speck, stares, whispering
5. plaintiff quickly left the store and has nerver returned to embarrased
6. to go in, as going to Ralph's has ruined my reputation which this
7. community, San Juan is a very small community, where gossip &
8. word travel fast whether real or imagined, when plantiff goes into
9. store people are looking at plaintiff in ways that are not inviting
10. this is the result of Ralph's deli employee Doe #1 while working in the
11. scope of her employment within Ralph business and carry out
12. the business of Ralph's, that plaintiff has no other recourse
13. but to bring/file this lawsuit, for Defamation/Slander
14. for destroying plaintiff's Right to (Privacy), and to bring the
15. Lawsuit under the Doctrine of Respondeat Superior + Negli-
16. ence, that Ralph deli employee, word spoken from Doe #1 was
17. defamatory citing Brown v. Colonial Store 101 GA. App 154 (1964)
18. Seeking a jury trial, asking for punitive, compensatory, of
19. $5,000,000 each

Feb 5, 2016